FILED

AUG 1 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:26 CR 362 |
| | ) | Title 18, United States Code, |
| TODD J. TURNER, | ) | Sections 2251(a) and (e), |
| | ) | 2252(a)(2) and 2252A(a)(5)(B) |
| Defendant. | ) | |

JUDGE FLEMING

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

1. From on or about June 15, 2026, through on or about June 16, 2026, in the Northern District of Ohio, Eastern Division, Defendant TODD J. TURNER did attempt to persuade, induce, entice and coerce a minor (to wit: an undercover agent posing as a 15 year old minor) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and the Defendant TODD J. TURNER knew or had reason to know that the visual depiction would be transmitted using any means or facility of interstate and foreign commerce, having previously been convicted of Sexual Battery, a violation of Ohio Revised Code section 2907.03(A)(5), in Ashtabula County Common Pleas Court case number 2010 CR 113, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT 2
(Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2. From on or about January 1, 2026, through on or about June 15, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TODD J. TURNER, did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which files had been shipped and transported in and affecting interstate and foreign commerce, having previously been convicted of Sexual Battery, a violation of Ohio Revised Code section 2907.03(A)(5), in Ashtabula County Common Pleas Court case number 2010 CR 113, in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 3
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

3. On or about June 16, 2026, in the Northern District of Ohio, Eastern Division, Defendant TODD J. TURNER, did knowingly possess electronic devices, a black Motorola smartphone and a black Vortex smartphone, that each contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, having previously been convicted of Sexual Battery, a violation of Ohio

Revised Code section 2907.03(A)(5), in Ashtabula County Common Pleas Court case number 2010 CR 113, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.